Jonathan H. Blavin (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Victoria A. Degtyareva (State Bar No. 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant Snap Inc.,*

*[Additional parties and counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Tucson Unified School District v. Meta Platforms Inc., et al.* | MDL No. 3047<br><br>Case No. 4:24-cv-01382-YGR<br><br>**DECLARATION OF VICTORIA A. DEGTYAREVA IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT (TUCSON) (SD MSJ NO. 2)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: January 26, 2026<br>Time: 8:00 a.m.<br>Place: Courtroom 1, 4th Floor |

# DECLARATION OF VICTORIA A. DEGTYAREVA

I, Victoria A. Degtyareva, declare:

1. I am an attorney at the law firm of Munger, Tolles & Olson LLP and one of the counsel of record representing Defendant Snap Inc. ("Snap") in the above-captioned matter. I am admitted to practice before all of the courts of the State of California and this Court. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Notice of Motion and Motion for Summary Judgment as to Plaintiff Tucson Unified School District ("Tucson"), filed concurrently with this declaration.

3. Attached as **Exhibit 1** is a true and correct copy of Tucson's Second Amended Fact Sheet, which was served on June 28, 2024.

4. Attached as **Exhibit 2** is a true and correct copy of Exhibit 1 from the May 6, 2025 deposition of Tucson's Regional Assistant Superintendent Richard Sanchez.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts from the May 8, 2025 deposition of Tucson's Superintendent Gabriel Trujillo.

6. Attached as **Exhibit 4** is a true and correct copy of excerpts from the April 22, 2025 deposition of Tucson's Director of Health Services Joseph Gaw.

7. Attached as **Exhibit 5** is a true and correct copy of excerpts from the April 9, 2025 deposition of Tucson's 30(b)(6) representative, Tucson's Director of Social Emotional Learning Julie Shivanonda.

8. Attached as **Exhibit 6** is a true and correct copy of Exhibit 28 from the April 8, 2025 deposition of Tucson's 30(b)(6) representative, Tucson's Director of Social Emotional Learning Julie Shivanonda.

9. Attached as **Exhibit 7** is a true and correct copy of Exhibit 30 from the April 9, 2025 deposition of Tucson's 30(b)(6) representative, Tucson's Director of Social Emotional Learning Julie Shivanonda.

10. Attached as **Exhibit 8** is a true and correct copy of Exhibit 41 from the May 8, 2025 deposition of Tucson's Superintendent Gabriel Trujillo.

11. Attached as **Exhibit 9** is a true and correct copy of Exhibit 15 from the April 22, 2025 deposition of Tucson's Director of Health Services Joseph Gaw.

12. Attached as **Exhibit 10** is a true and correct copy of excerpts from the April 8, 2025 deposition of Tucson's 30(b)(6) representative, Tucson's Chief Financial Officer Ricardo Hernandez.

13. Attached as **Exhibit 11** is a true and correct copy of Exhibit 7 from the April 8, 2025 deposition of Tucson's 30(b)(6) representative, Tucson's Chief Financial Officer Ricardo Hernandez.

14. Attached as **Exhibit 12** is a true and correct copy of excerpts from the April 8, 2025 deposition of Tucson's 30(b)(6) representative, Tucson's Director of Social Emotional Learning Julie Shivanonda.

15. Attached as **Exhibit 13** is a true and correct copy of excerpts from the May 15, 2025 deposition of Tucson's Regional Assistant Superintendent Mark Alvarez.

16. Attached as **Exhibit 14** is a true and correct copy of Exhibit 10 from the May 15, 2025 deposition of Tucson's Regional Assistant Superintendent Mark Alvarez.

17. Attached as **Exhibit 15** is a true and correct copy of Exhibit 11 from the May 15, 2025 deposition of Tucson's Regional Assistant Superintendent Mark Alvarez.

18. Attached as **Exhibit 16** is a true and correct copy of Exhibit 11 from the May 6, 2025 deposition of Tucson's Regional Assistant Superintendent Richard Sanchez.

19. Attached as **Exhibit 17** is a true and correct copy of a Exhibit 29 from the May 8, 2025 deposition of Tucson's Superintendent Gabriel Trujillo.

20. Attached as **Exhibit 18** is a true and correct copy of excerpts from the May 7, 2025 deposition of Tucson's Program Coordinator Rebecca Carrier.

21. Attached as **Exhibit 19** is a true and correct copy of excerpts from the May 23, 2025 deposition of Tucson's Senior Director of Exceptional Education Sabrina Salmon.

22. Attached as **Exhibit 20** is a true and correct copy of excerpts from the May 7, 2025 deposition of Tucson's 30(b)(6) representative, Tucson's Program Coordinator Rebecca Carrier.

23. Attached as **Exhibit 21** is a true and correct copy of Exhibit 1 from the May 7, 2025 deposition of Tucson's 30(b)(6) representative, Tucson's Program Coordinator Rebecca Carrier.

24. Attached as **Exhibit 22** is a true and correct copy of the May 19, 2025 opening expert report of Tucson's expert Dr. Bryce Ward.

25. Attached as **Exhibit 23** is a true and correct copy of the May 19, 2025 opening expert report of Tucson's expert Jeffrey Meyers.

26. Attached as **Exhibit 24** is a true and correct copy of excerpts from the June 24, 2025 deposition of Tucson's Regional Assistant Superintendent Holly Hammel.

27. Attached as **Exhibit 25** is a true and correct copy of excerpts from the May 6, 2025 deposition of Tucson's Regional Assistant Superintendent Richard Sanchez.

28. Attached as **Exhibit 26** is a true and correct copy of the May 18, 2025 opening expert report of Tucson's expert Robert Klein.

29. Attached as **Exhibit 27** is a true and correct copy of Exhibit 1 from the July 1, 2025 deposition of Tucson's Regional Assistant Superintendent Brian Lambert.

30. Attached as **Exhibit 28** is a true and correct copy of excerpts from the June 24, 2025 deposition of Tucson's Regional Assistant Superintendent Holly Hammel.

31. Attached as **Exhibit 29** is a true and correct copy of Exhibit 1 from the June 30, 2025 deposition of Tucson's Director of Social Emotional Learning Julie Shivanonda.

32. Attached as **Exhibit 30** is a true and correct copy of Exhibit 11 from the May 23, 2025 deposition of Tucson's Senior Director of Exceptional Education Sabrina Salmon.

33. Attached as **Exhibit 31** is a true and correct copy of excerpts from the June 30, 2025 deposition of Tucson's Director of Social Emotional Learning Julie Shivanonda.

34. Attached as **Exhibit 32** is a true and correct copy of Exhibit 20 from the April 8, 2025 deposition of Tucson's 30(b)(6) representative, Tucson's Director of Social Emotional Learning Julie Shivanonda.

35. Attached as **Exhibit 33** is a true and correct copy of Exhibit 17 from the June 24, 2025 deposition of Tucson's Regional Assistant Superintendent Holly Hammel.

36. Attached as **Exhibit 34** is a true and correct copy of excerpts from the July 1, 2025 deposition of Tucson's Regional Assistant Superintendent Brian Lambert.

37. Attached as **Exhibit 35** is a true and correct copy of excerpts from the May 13, 2025 deposition of Tucson's Director of Student Relations Anna Schwartz Warmbrand.

38. Attached as **Exhibit 36** is a true and correct copy of excerpts from the May 12, 2025 deposition of Tucson's Senior Director of School Safety and Security Joseph Hallums.

39. Attached as **Exhibit 37** is a true and correct copy of the June 20, 2025 amended expert report of Tucson's expert Dr. Sharon Hoover.

40. Attached as **Exhibit 38** is a true and correct copy of an Awareity report summary for the 2020–2021 school year produced by Tucson with the Bates number SM_TUSD_00365952.

41. Attached as **Exhibit 39** is a true and correct copy of an Awareity report summary for the 2021–2022 school year produced by Tucson with the Bates number SM_TUSD_00365953.

42. Attached as **Exhibit 40** is a true and correct copy of excerpts from the May 14, 2025 deposition of Tucson's Regional Assistant Superintendent Holly Hammel.

43. Attached as **Exhibit 41** is a true and correct copy of excerpts from the August 12, 2025 deposition of Tucson's expert Dr. Sharon Hoover.

44. Attached as **Exhibit 42** is a true and correct copy of excerpts from the August 13, 2025 deposition of Tucson's expert Dr. Sharon Hoover.

45. Attached as **Exhibit 43** is a true and correct copy of excerpts from the September 17, 2025 deposition of Tucson High School's Dean of Students Clarinda Rubio.

46. Attached as **Exhibit 44** is a true and correct copy of a document with the Bates number SM_TUSD_00600418. This document was produced by Tucson following a search of its Record Management System from 2022 to the present, using the search terms: "Instagram," "Facebook," "TikTok," "Tik Tok," "Snapchat," "Snap Chat," "YouTube," "You Tube," and "social media." Tucson conducted this search in response to Defendants' discovery requests. Out

of 7,026 records searched, 268 records (3.8%) contained hits on these search terms and were produced to Defendants.

47. Attached as **Exhibit 45** is a true and correct copy of excerpts from the August 22, 2025 deposition of Tucson's expert Jeffrey Meyers.

48. Attached as **Exhibit 46** is a true and correct copy of excerpts from the May 14, 2025 deposition of Tucson's Regional Assistant Superintendent Brian Lambert.

49. Attached as **Exhibit 47** is a true and correct copy of Exhibit 28 from the May 12, 2025 deposition of Tucson's Senior Director of School Safety and Security Joseph Hallums.

50. Attached as **Exhibit 48** is a true and correct copy of excerpts from the July 14, 2025 deposition of Tucson's General Counsel Robert Ross.

51. Attached as **Exhibit 49** is a true and correct copy of Exhibit 1 from the July 14, 2025 deposition of Tucson's General Counsel Robert Ross.

52. Attached as **Exhibit 50** is a true and correct copy of excerpts from the August 27, 2025 deposition of Tucson's expert Dr. Douglas Leslie.

53. Attached as **Exhibit 51** is a true and correct copy of Appendix C to the May 19, 2025 opening expert report of Tucson's expert Jeffrey Meyers.

54. Attached as **Exhibit 52** is a true and correct copy of the September 4, 2025 second amended expert report of Tucson's expert Dr. Douglas Leslie.

55. Attached as **Exhibit 53** is a true and correct copy of the May 16, 2025 opening expert report of Tucson's expert Timothy Estes.

56. Attached as **Exhibit 54** is a true and correct copy of Exhibit 64 from the May 8, 2025 deposition of Tucson's Superintendent Gabriel Trujillo.

57. Attached as **Exhibit 55** is a true and correct copy of excerpts from the August 15, 2025 deposition of Tucson's expert Dr. Bryce Ward.

58. Attached as **Exhibit 56** are true and correct copies of 82 documents with the Bates range SM_TUSD_00600116 to SM_TUSD_00600417. These documents were produced by Tucson following a search of its Student Relations Files using the search terms: "Instagram," "Facebook," "TikTok," "Tik Tok," "Snapchat," "Snap Chat," "YouTube," "You Tube," and

"social media." Out of 2,343 records searched, 82 records (3.5%) contained hits on these search terms and were produced.

59. Attached as **Exhibit 57** is a true and correct copy of the Meta Defendants' Response and Objections to Plaintiffs' Rule 30(b)(6) Written Questions to Meta Defendants Meta Platforms, Inc.; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; and Instagram, LLC on Topics 3-6, as provided by counsel for Meta.

60. Attached as **Exhibit 58** is a true and correct copy of Exhibit 44 from the April 9, 2025 deposition of Tucson's 30(b)(6) representative, Tucson's Director of Social Emotional Learning Julie Shivanonda.

61. Attached as **Exhibit 59** is a true and correct copy of the tab labeled "PIVOT" excerpted from a document produced by Tucson with the Bates number SM_TUSD_00599630. The document is cited in the May 19, 2025 opening expert report of Tucson's expert Dr. Bryce Ward by file name "Tucson – FY17 Social Media Litigation_Positions_04.27.25_TUSD.xlsx." *See* Exhibit 22 at 4, n.4.

62. Attached as **Exhibit 60** is a true and correct copy of Exhibit 9 from the April 8, 2025 deposition of Tucson's 30(b)(6) representative, Tucson's Director of Social Emotional Learning Julie Shivanonda.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on September 30, 2025.

By: ___*/s/ Victoria A. Degtyareva*___
      VICTORIA A. DEGTYAREVA

-7-
DECLARATION OF VICTORIA A. DEGTYAREVA IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT (TUCSON)
4:22-md-03047-YGR